# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2810

_____

| | | |
|---|---|---|
| David Ray Evans, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Larry Norris, Director, Arkansas | * | District of Arkansas. |
| Department of Correction; Grant | * | |
| Harris, Warden, Pine Bluff Work | * | [UNPUBLISHED] |
| Complex, ADC; Maggie Capel, | * | |
| Assistant Warden, Pine Bluff Work | * | |
| Complex, Arkansas Department of | * | |
| Correction; sued as Maggie Copel; | * | |
| Willie Straughn, Major, Pine Bluff | * | |
| Work Complex, ADC; Mike | * | |
| Huckabee, Governor of Arkansas; | * | |
| K. A. Ashcroft, Security Officer, Pine | * | |
| Bluff Work Complex, ADC; Mark | * | |
| Pryor; Chris Ashcroft, Employee, | * | |
| Central Maintenance Shop, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  October 16, 2002

Filed:  November 1, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
    Judges.
_____

PER CURIAM.

Arkansas inmate David Ray Evans appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 lawsuit without prejudice. Having carefully reviewed the record, we conclude dismissal was proper because Mr. Evans failed to exhaust available prison grievance remedies as to all of his claims. See Graves v. Norris, 218 F.3d 884, 885 (8th Cir. 2000) (per curiam). While he exhausted a general claim related to tobacco and secondhand-smoke exposure in the prison, he did not pursue the grievance procedure as to more specific claims asserted in the complaint against some of the defendants. Accordingly, we affirm the judgment. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable William R. Wilson, Jr., United States District Court for the Eastern District of Arkansas.